UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUDIO VISUAL SERVICES GROUP, INC.
d/b/a PSAV PRESENTATION SERVICES,

    Plaintiff,

v.                                    Case No. 6:18-CV-00201-ORL-18-TBS

WOODARD EVENTS, LLC,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES ("PSAV") hereby files its complaint for damages against WOODARD EVENTS, LLC ("Defendant") and in support thereof, states as follows:

**Introduction**

1. By this action, PSAV seeks to recover monetary damages from the Defendant as a result of failure to pay for services and equipment provided by PSAV.

**Parties**

2. PSAV is a Delaware corporation with its principal place of business at 5100 North River Road, Suite 300, Schiller Park, Illinois 60176.

3. Defendant is a Georgia limited liability company with its principal place of business located at 3760 Sixes Road, Suite 126-321, Canton, Georgia 30114. Based upon information and belief, Company's sole member is a resident of Georgia.

## Jurisdiction

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because PSAV and Defendant are citizens of different states and the matter in controversy exceeds $75,000.00, exclusive or interest and costs.

5. Defendant is subject to the jurisdiction of this Court because it operated, conducted, engaged in, and carried on business in Orange County, Florida such that Defendant's contact with the State of Florida is sufficient to exercise long-arm jurisdiction over it. Additionally, Defendant failed to pay for services provided to it in Orange County, Florida.

## Venue

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to PSAV's claim occurred in Orange County, Florida.

## Facts

### *PSAV's Business*

7. PSAV is a leading provider of event technology, audiovisual services, audiovisual equipment rentals, rigging, power distribution, concert sound, staging services, lighting, and related technical support to hotels, casinos, event production companies, trade associations, convention centers, and corporations (PSAV's "Services").

8. PSAV operates its business in an extremely competitive environment with a number of national, regional, and local event technology, rigging, and convention services companies vying for the opportunity to produce and stage events, as small as an intimate gathering and as large as a national convention, in venues across the country.

*The Defendant's Business*

9. In its advertising material accessible on the Internet, Defendant claims it "provides unique, Intuit-centric training events that focus on practical, cutting edge professional education, fostering networking relationships among the most successful QuickBooks consultants in the country and providing resources that empower accounting professionals to grow their practices, expand the consulting services they offer, master Intuit small business products and maximize professional relationships."

*The Relationship Between PSAV and Defendant*

10. Defendant conducts an annual event at Disney's Coronado Springs Resort located at 1000 Buena Vista Drive, Orlando, Florida 32830 (the "Resort"). PSAV began supplying Services to Defendant for use at its annual event beginning in 2014.

11. In the Fall of 2016, Defendant and PSAV began planning for PSAV to provide Services for Defendant's 2017 annual event entitled "Scaling New Heights" taking place from June 4-7, 2017 at the Resort (the "Event").

12. Prior to the Event, PSAV and Defendant agreed that PSAV would provide, and Defendant would pay for, $856,151.79 in Services. Defendant paid for $285,000.00 of the Services in advance of the Event.

13. As agreed, PSAV provided Defendant with Services totaling $856,151.79 during the Event.

14. Defendant failed to pay for all of the Services as agreed and owes PSAV $571,151.79 for the Services provided during the Event.

*Conditions Precedent*

15. All conditions precedent to the bringing of this action have been met.

3

16. PSAV has hired the undersigned counsel to represent it in this lawsuit.

## COUNT I – BREACH OF AGREEMENT

17. PSAV re-incorporates and re-alleges paragraphs one (1) through sixteen (16) as set forth herein.

18. PSAV and Defendant reached an agreement for PSAV to provide $856,151.79 in Services chosen and directed by Defendant during the Event.

19. PSAV performed under this oral agreement by providing $856,151.79 in Services during the Event.

20. Defendant accepted those Services without incident or complaint; however, it only paid for $285,000.00 of those Services.

21. Defendant breached this agreement by failing to pay for $571,151.79 of the Services.

22. As a direct and proximate result of Defendant's breach, PSAV is damaged in the amount of $571,151.79, plus its court costs and other amounts.

WHEREFORE, AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES hereby respectfully requests that this Court enter judgment against Defendant, WOODARD EVENTS, LLC, for:

1. PSAV's money damages, including all amounts due and owing for services provided, in the amount of $571,151.79;
2. PSAV's taxable costs incurred herein; and
3. All other relief this Court deems just and proper.

## COUNT II – ACCOUNT STATED
## (IN THE ALTERNATIVE TO COUNTS I, III, AND IV)

23.   PSAV re-incorporates and re-alleges paragraphs one (1) through sixteen (16) as set forth herein.

24.   PSAV and Defendant agreed that PSAV would provide $856,151.79 in Services to Defendant during the Event.

25.   PSAV and Defendant further agreed that $856,151.79 was the reasonable amount and value of the Services provided to Defendant at the Event, and that Defendant would pay this amount at the Event's conclusion. PSAV presented Defendant with two invoices for the outstanding amount owed of $571,151.90. A true and correct copy of PSAV's invoices are attached hereto as Composite Exhibit A.

26.   Defendant failed to pay for $571,151.79 of the Services provided by PSAV during the Event.

WHEREFORE, AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES hereby respectfully requests that this Court enter judgment against Defendant, WOODARD EVENTS, LLC, for:

1. PSAV's money damages, including all amounts due and owing for services provided, in the amount of $571,151.79;
2. PSAV's taxable costs incurred herein; and
3. All other relief this Court deems just and proper.

## COUNT III – UNJUST ENRICHMENT
## (IN THE ALTERNATIVE TO COUNTS I, II, AND IV)

27.   PSAV re-incorporates and re-alleges paragraphs one (1) through eleven (11) and thirteen (13) through sixteen (16) as set forth herein.

28. PSAV conferred a benefit on Defendant by providing Services with a reasonable and agreed upon amount of $856,151.79 during the Event.

29. Defendant voluntarily accepted and retained the benefits of $856,151.79 in Services provided by PSAV valued at $856,151.79 during the Event. Defendant only paid for $285,000.00 toward that benefit.

30. The circumstances are such that it is inequitable for Defendant to retain these benefits without paying for the value thereof because fairness dictates that Defendant should pay for the value of these Services.

WHEREFORE, AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES hereby respectfully requests that this Court enter judgment against Defendant, WOODARD EVENTS, LLC, for:

1. PSAV's money damages, including all amounts due and owing for services provided, in the amount of $571,151.79;
2. PSAV's taxable costs incurred herein; and
3. All other relief this Court deems just and proper.

### COUNT IV – QUANTUM MERUIT
### (IN THE ALTERNATIVE TO COUNTS I, II, AND III)

31. PSAV re-incorporates and re-alleges paragraphs one (1) through eleven (11) and thirteen (13) through sixteen (16) as set forth herein.

32. PSAV conferred a benefit on Defendant by providing Services with a reasonable and agreed upon amount of $856,151.79 during the Event.

33. Defendant voluntarily accepted and retained the benefits of the Services during the Event, but only paid $285,000.00 for those Services.

6

34. The circumstances are such that in the ordinary course of common events, a reasonable person receiving these Services would normally expect to pay for it.

WHEREFORE, AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES hereby respectfully requests that this Court enter judgment against Defendant, WOODARD EVENTS, LLC, for:

1. PSAV's money damages, including all amounts due and owing for services provided, in the amount of $571,151.79;
2. PSAV's taxable costs incurred herein; and
3. All other relief this Court deems just and proper.

Dated: February 8, 2018.

Respectfully submitted,
**SHANKMAN LEONE, P.A.**

   /s/ Dennis D. Leone
Dennis D. Leone, Esq.
Florida Bar No. 069401
Primary E-Mail: dleone@shankmanleone.com
Secondary E-Mail: rjackson@shankmanleone.com
707 N. Franklin St., 5th Floor
Tampa, Florida 33602
Telephone (813) 223-1099
Facsimile (813) 223-1055
*Attorneys for Plaintiff, Audio Visual Services Group, Inc. d/b/a PSAV Presentation Services*