# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AUDIO VISUAL SERVICES GROUP,
INC.,

       Plaintiff,

v.                                                    Case No:  6:18-cv-201-RBD-T_S

WOODARD EVENTS, LLC,

       Defendant.

---

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice

(Doc. 18) filed March 25, 2021.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice.  The Clerk

is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 26,
2021.



ROY B. DALTON JR.
United States District Judge